**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-042-APG-(PAL) |
| ) | |
| JOSEPH FELIX, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 16, 2013, defendant JOSEPH FELIX pled guilty to Count One of a One-Count Superseding Criminal Information charging him with Possession of a Stolen Firearm in violation of Title 18, United States Code, Section 922(j). Superseding Criminal Information, ECF No. 46; Plea Agreement, ECF No. 48; Change of Plea, ECF No. 49.

This Court finds defendant Joseph Felix agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information, ECF No. 46; Plea Agreement, ECF No. 48; Change of Plea, ECF No. 49.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and the offense to which defendant JOSEPH FELIX pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Springfield XD-9, 9mm handgun, bearing serial number US806651; and

2. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSEPH FELIX in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Heidi L. Skillin, Forfeiture Support Associates Paralegal, certify that the following individual was served with copies of the Preliminary Order of Forfeiture on November 8, 2013, by the below identified method of service:

<u>Electronic Filing</u>

Elisa Vasquez
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Ecf_vegas@fd.org
Counsel for Joseph Felix

/s/ Heidi L. Skillin
Heidi L. Skillin
Forfeiture Support Associates Paralegal